# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  11-cr-00462-WJM-01 |
| | USM Number:  15982-280 |
| YARLEN LOPEZ<br>a/k/a Yarlen Rafael Lopez | Edward R. Harris, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Driving While Ability Impaired; and Criminal Mischief | 08/30/11 |
| 2 | Unlawful Reentry After Deportation | 08/30/11 |
| 3 | Violation of the Law - Illegal Reentry After Deportation Subsequent to an Aggravated Felony Conviction | 08/30/11 |

   The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 26, 2012
Date of Imposition of Judgment

_____
Signature of Judge

William J. Martinez, U.S. District Judge
Name & Title of Judge

30 June 2012
Date

DEFENDANT: YARLEN LOPEZ
CASE NUMBER: 11-cr-00462-WJM-01

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months to be served concurrent with the sentence imposed in 11-cr-00398-WJM-01.

The court recommends that the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal